UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 21 PM 3:49

CLERK
BY AL
DEPUTY CLERK

**ZIJAD LIHIC**
**Plaintiff**

v.   DOCKET NUMBER: 2:24-CV-687

**UNITED PARKS & RESORTS, INC.,**
**d/b/a SEA WORLD PARKS & ENTERTAINMENT, INC.,**
**AND BUSCH GARDENS**
**Defendants**

## COMPLAINT

Pursuant to Fed.R.Civ.P. 8, Zijad Lihic files this Complaint against Defendants United Parks & Resorts, Inc, Sea World Parks & Entertainment, Inc., d/b/a Busch Gardens and alleges as follows:

1. Zijad Lihic is a resident of Burlington, Chittenden County, Vermont.

2. Defendants are foreign corporations with their principal places of business in Orlando and Tampa, Florida.

3. Defendants controlled the operation of their amusement park business located in Orlando and Tampa, Florida.

4. Defendants advertises their amusement park businesses nationally as a vacation destination on various sorts of media, looking for customers from all across the United States.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C.A. §1332, the diversity statute.

6. The Plaintiff's damages, exclusive of interest and costs, exceeds $75,000.00.

7. In June 2022, the Plaintiff traveled to the Tampa, Florida area to visit with his family.

8. While in Florida, the Plaintiff went to the Defendants' amusement park, Busch Gardens Tampa Park, and paid his admission fee to enter into the Park.

9. At the park, the Plaintiff rode several of the Defendant's rides, including the Flume Ride.

10. While on the Flume Ride, the Log he was in stopped due to some type of mechanical failure.

11. While the Plaintiff was stuck in the stopped Flume Log, another of the Flume Ride Logs in which other patrons were riding slammed into the back of the Plaintiff's stuck Flume Log, causing the Plaintiff's Flume Ride Log to suddenly jolt.

12. Mr. Lihic had previously experienced a low back injury for which he had undergone treatment in Vermont.

13. This incident, in which one of the Defendants' Flume Ride Logs slammed into the back of Mr. Lihic's disabled Flume Ride Log, aggravated his preexisting low back condition, causing increased pain.

14. The Defendants had a responsibility to its customers to maintain its amusement park business rides in a reasonably safe manner.

15. Defendants also have an obligation to maintain the safety of its customers who are stuck on its amusement park rides that malfunction.

16. Defendants negligently failed to keep Mr. Lihic safe when the Flume Log he was in became stuck, by allowing another Flume Logs on the same ride to continue, proceeding to the point where one slammed into the rear of the Flume Log Mr. Lihic was occupying.

17. Defendants' breach to maintain adequate control over the amusement ride over which it had operational control caused Zijad Lihic's injuries and caused the damages Mr. Lihic has suffered as a result of his injury.

18. As a direct result of Defendants' negligence, Mr. Lihic suffered an injury to his low back.

19. As a direct result of the Defendants' negligence, Mr. Lihic incurred medical expenses he would not have otherwise incurred.

20. As a direct result of the Defendants' negligence, Mr. Lihic experienced pain and suffering which he would not have otherwise incurred.

21. As a direct result of the Defendants' negligence, Mr. Lihic experienced a loss of enjoyment of life he would not have otherwise incurred.

22. As a direct result of the Defendants' negligence, Mr. Lihic suffered a permanent physical impairment.

23. Mr. Lihic's medical treatment for his injury has provided in the Burlington, Vermont area.

WHEREFORE, Zijad Lihic seeks Judgment against the Defendants for his compensable damages and for whatever other relief the Court deems just and equitable.

Dated in Burlington, Vermont on this 21st day of June 2024.

ZIJAD LIHIC

BY: *[signature]*
Christopher McVeigh, Esq.
McVeigh Skiff, LLP
P.O. Box 1112
Burlington, Vermont 05402-1112
(802) 660-2466

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 21 PM 3:57

BY _____
    DEPUTY CLERK

**ZIJAD LIHIC**
**Plaintiff**

v.                                                    DOCKET NUMBER: 2:24-CV-647

**UNITED PARKS & RESORTS, INC.,**
**d/b/a SEA WORLD PARKS & ENTERTAINMENT, INC.,**
**AND BUSCH GARDENS**
**Defendants**

## DEMAND FOR JURY TRIAL

Zijad Lihic seeks a trial by Jury on all matters so triable.

Dated in Burlington, Vermont on this 21st day of June 2024.

                                ZIJAD LIHIC
                        BY: _____
                                Christopher McVeigh, Esq.
                                McVeigh Skiff, LLP
                                P.O. Box 1112
                                Burlington, Vermont 05402-1112
                                (802) 660-2466